IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARON BENJAMIN GOINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-365-O |
| | § | |
| CITY OF SANSOM PARK et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 9) is **DENIED**.

Additionally, this case is hereby referred to Magistrate Judge Cureton for pretrial management. All non-dispositive motions are referred to the magistrate judge for determination according to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a). All case dispositive motions are referred to the magistrate judge for recommendation according to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(1). All other pretrial matters, including scheduling and alternative dispute resolution are referred to the magistrate judge for appropriate action consistent with applicable law.

The judge's copy of future filings shall be sent with a transmittal letter addressed to Magistrate Judge Cureton so copies can be sent directly to him without delay.

**SO ORDERED** on this **14th day** of **July, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**